UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

TEALSHAWN I. TURNER,

                Defendant.

CASE NO. CR15-130-MJP

DETENTION ORDER

<u>Offense charged</u>:   Unlawful Possession of a Firearm; Distribution of Marijuana

<u>Date of Detention Hearing</u>:   July 20, 2015.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.    Defendant was indicted on a charge of Distribution of Marijuana on April 22, 2015. A Superseding Information was filed on July 16, 2015, adding a count of Unlawful Possession of a Firearm. Defendant has entered a plea of Not Guilty and the case has been set for trial, although a change of plea hearing is scheduled before this Court. Defendant does not

DETENTION ORDER
PAGE - 1

contest entry of an order of detention.

2.      Defendant was not interviewed by pretrial services. Her criminal record includes bench warrant activity. Therefore, she poses a risk of nonappearance and a rick of danger to the community.

3.      There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 20th day of July , 2015.

Mary Alice Theiler
United States Magistrate Judge