JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-130-TSZ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |
| TEALSHAWN TURNER, | ) | |
| Defendant. | ) | |

The Court has considered Tealshawn Turner's motion, docket no. 59, to modify conditions of her release to allow her to spend the night of August 25, 2017, in the San Juan Islands.

IT IS NOW ORDERED that the conditions of Tealshawn Turner's supervision be modified to allow her to spend one night on San Juan Island, from August 25 to August 26, 2017. All other conditions of her supervision shall remain in effect.

DATED this 14th day of August, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Tealshawn Turner

ORDER TO MODIFY CONDITIONS
OF RELEASE
(*Tealshawn Turner*, CR15-130-TSZ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**