UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TEALSHAWN I TURNER,<br><br>　　　　　　　　Defendant. | CASE NO. CR15-130 TSZ<br><br>**ORDER DENYING SUPPLEMENTAL MOTION TO MODIFY RELEASE CONDITIONS** |

On January 9, 2018, the Court denied defendant's motion to delete GPS monitoring and permit contact with the alleged assault victim. Dkt. 92. Three days later, defendant moved again seeking the same relief, Dkt. 95, arguing again the alleged victim wants the no-contact order lifted. Defendant raised and the Court rejected this argument on January 9, 2018. Although the victim does not oppose contact, the assault charges regarding the alleged victim are still pending, and defendant is scheduled to appear before the assigned district judge in this matter on February 15, 2018. The Court accordingly DENIES defendants supplemental motion to modify. Dkt. 95.

DATED this 17th day of January, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER DENYING SUPPLEMENTAL
MOTION TO MODIFY RELEASE
CONDITIONS - 1